**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

ANNA MAYORCA

        Plaintiff,

vs.

HOLIDAY CVS, L.L.C.,

        Defendant.
_____/

# COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, ANNA MAYORCA, through counsel, sues Defendant, HOLIDAY CVS, L.L.C., and alleges the following:

1. This is an action for unpaid overtime brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, Et. Seq.

2. Plaintiff resides within the jurisdiction of this Court and is a past employee of Defendant, HOLIDAY CVS, L.L.C.

3. Defendant, HOLIDAY CVS, L.L.C., is a domestic limited liability company that conducts business in Miami-Dade County, Florida, and is the "Employer" of the Plaintiff as that term is defined under statutes referenced herein, and along with its employees was engaged in interstate commerce, and had annual gross sales and/or business volume of $500,000 or more.

4. In justifiable reliance upon Defendant's representations and promises, Plaintiff accepted employment and began working for Defendant as an hourly/non-exempt store manager in training wherein Defendant agreed to pay Plaintiff at a rate of

$20.24 per hour.

5. During part of Plaintiff's employment (specifically from about 7/17/2016 to 10/22/2016), (14 weeks) Plaintiff accrued approximately $4,250.40 in damages. Plaintiff was paid some overtime hours by check for work performed inside the office/store. However, Plaintiff was not paid all overtime hours as Defendant's management encouraged off the clock at home work so that Plaintiff could finish mandatory training courses. The estimated amount of damages owed to the Plaintiff is as follows: 14 weeks worked X $30.36 time-and-a-half X 5 hours of overtime per week X 2 (liquidated damages) = $4,250.40.

6. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

7. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")

8. Plaintiff reavers and realleges Paragraphs 1-7 herein.

9. Plaintiff alleges this action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) overtime pay, and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

10. Plaintiff seeks recovery of the unpaid overtime, liquidated damages, interest, costs, and attorney's fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment in her favor and against Defendant, plus costs and reasonable attorney's fees, and such other remedy as the Court deems just and appropriate.

Goldberg & Loren, P.A.
100 S. Pine Island Road
Suite 132
Plantation, FL 33324
Phone: (954)585-4878
Facsimile: (954)585-4886
E-Mail: JLoren@Lorenlaw.com

*/s/ James M. Loren*
_____
James M. Loren, Esquire
Bar No.: 55409