UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20776-CIV-ALTONAGA/O'Sullivan

ANNA MAYORCA,

    Plaintiff,

v.

HOLIDAY CVS, LLC,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Amended Motion for Approval of Confidential Settlement Agreement and to Dismiss Lawsuit with Prejudice [ECF No. 27], in response to the Court's Order [ECF No. 26] instructing the parties submit a revised motion and agreement. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorney's fees to Plaintiff's counsel, the Court finds settlement of this action is fair and reasonable and the requested fee is fair and reasonable and not grossly excessive.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 27]** is **GRANTED**.

2. The Confidential Settlement Agreement[1] **[ECF No. 27-2]** between Plaintiff, Anna Mayorca, and Defendant, Holiday CVS, LLC, which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED with prejudice**, with each party to bear its own costs and

---

[1] The parties are reminded notwithstanding the Agreement's confidentiality provision (*see* Agreement ¶ 9), the Agreement appears on the public docket.

attorney's fees except as otherwise agreed.

4. All pending motions are **DENIED as moot**.

5. The Court retains jurisdiction to enforce the terms of the Confidential Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida this 12th day of May, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record